IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNA LEE HILL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN, )<br>    Defendant(s). ) | Civil Action No. 7:12-cv-00451<br><br>**MEMORANDUM OPINION**<br><br>By:   Michael F. Urbanski<br>        United States District Judge |

Donna Lee Hill, proceeding pro se, filed a civil rights complaint, pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). By Order entered September 25, 2012, the court directed plaintiff to submit within ten (10) days from the date of the Order an inmate account report and statement of assets report which were provided to plaintiff. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than twenty (20) days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 17th day of October, 2012.

/s/ Michael F. Urbanski
United States District Judge