CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

OCT 17 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK



# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

DONNA LEE HILL,                )    Civil Action No. 7:12-cv-00451
    Plaintiff,           )
                         )    **MEMORANDUM OPINION**
v.                            )
                         )    By:   **Michael F. Urbanski**
WARDEN,                        )           **United States District Judge**
    Defendant(s).        )

Donna Lee Hill, proceeding pro se, filed a civil rights complaint, pursuant to Bivens v.
Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). By Order
entered September 25, 2012, the court directed plaintiff to submit within ten (10) days from the
date of the Order an inmate account report and statement of assets report which were provided to
plaintiff. Plaintiff was advised that a failure to comply would result in dismissal of this action
without prejudice.

More than twenty (20) days have elapsed, and plaintiff has failed to comply with the
described conditions. Accordingly, the court dismisses the action without prejudice and strikes
the case from the active docket of the court. Plaintiff may refile the claims in a separate action
once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying
Order to plaintiff.

ENTER: This _____ day of October, 2012.

/s/ Michael F. Urbanski
_____
United States District Judge